

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

2/8/2019

Edward A. Garmatz Federal Building and United States Courthouse
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2605

Re:  Fox et al v. Marriott International, Inc. et al

USDC Case Number:   18-cv-7936

MDL Number:   2879

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 2/8/2019**:**

☒  Was electronically transmitted to: USDC District of Maryland

☐  Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely.
    Thomas G. Bruton, Clerk

    By:   /s/ S. Bodnarchuk
           Deputy Clerk

Enclosures

**New Case No.** _____   **Date** _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016